**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNAPURNA, INC., | ) |
|                 Plaintiff, | ) |
| v. | )    No. 1-21-cv-04999 |
| AMGUARD INSURANCE COMPANY, | ) |
|                 Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES the PLAINTIFF, ANNAPURNA, INC., and Defendant, AMGUARD INSURANCE COMPANY, hereby stipulate and agree to the voluntary dismissal of the matter, including any and all pending claims in this matter, with prejudice, without costs to either party.

Respectfully submitted,

/s/ Rishi Agrawal
Attorney for Plaintiff
Atty. No. 46216
Rishi Agrawal
The Agrawal Firm, LLC
415 North LaSalle Street, Suite 300A
Chicago, IL 60654
312-527-5440 (O)
312-399-1697 (M)

*/s/Douglas B. Keane*
One of the Attorneys for Defendant
Douglas B. Keane, ARDC 6288294
Gregory G Vacala, ARDC 6184543
Rusin & Maciorowski, Ltd.
10 S Riverside Plaza, Suite 1925
Chicago, IL 60606
312-454-5110
dkeane@rusinlaw.com
gvacala@rusinlaw.com