# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Annapurna, Inc.

                                        Plaintiff,

v.                                                                               Case No.: 1:21−cv−04999

                                                                                      Honorable Beth W. Jantz

AmGuard Insurance Company

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 18, 2023:

      MINUTE entry before the Honorable Beth W. Jantz: The parties' have filed a Motion to Dismiss the case [36] and this motion is GRANTED. All claims in this action are dismissed with prejudice, subject to the terms of the parties' settlement agreement, with each side bearing its own attorneys' fees and costs. Status hearing set for 5/23/2023 is stricken. Civil case terminated. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.